THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SANDRA M. PORTER,

    Plaintiff,

v.

ELK REMODELING, INC., *et al.*,

    Defendant.

Case No. 1:09-cv-446-LO-TCB

## NOTICE OF FILING OF BANKRUPTCY OF DEFENDANTS TIMOTHY SHELLNUTT AND CLAUDIA SHELLNUTT

PLEASE TAKE NOTICE that on March 5, 2010, Defendants Timothy Shellnutt and Claudia Shellnutt filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), Case No. 10-11620-RGM.

Dated this 12th day of March, 2010.

/s/
John Patrick Sherry, Esquire (VSB No. 48768)
CAMERON McEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898 (telephone)
(703) 273-8897 (facsimile)
jpsherry@cameronmcevoy.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2010, I filed the foregoing using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing system to the following:

John R. Ates, Esquire (VSB No. 71697)
Ates Law Firm, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 2231
(703) 647-7501 (telephone)
(703) 229-6430 (facsimile)
j.ates@ateslaw.com
*Counsel for Plaintiff*

/s/
John Patrick Sherry, Esquire (VSB No. 48768)
CAMERON McEVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
(703) 273-8898 (telephone)
(703) 273-8897 (facsimile)
jpsherry@cameronmcevoy.com
*Counsel for Defendants*

2