IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| SANDRA M. PORTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE 1:09-cv-446-LO-TCB |
| | ) | |
| ELK REMODELING, INC. and | ) | |
| TIMOTHY M. SHELLNUTT and | ) | |
| CLAUDIA SHELLNUTT | ) | |
| | ) | |
| Defendants | ) | |

## O R D E R

It appearing that the defendants Timothy M. Shellnutt and Claudia Shellnutt have filed petitions in bankruptcy, it is accordingly

ORDERED that this action is stayed as to those defendants pending the resolution of the said bankruptcy proceedings. The case shall proceed as to ELK Remodeling, Inc.

Alexandria, Virginia
March 16, 2010

/s/
Liam O'Grady
United States District Judge